## PORTER *v.* THE STATE.

EVANS, J. A bill of exceptions in a criminal case, tendered to the judge and certified by him after the expiration of twenty days, will be dismissed. A recital in the certificate, that "this bill of exceptions reached Americus Nov. 16th, 1906, and forwarded to me at Oglethorpe, where I was presiding at the regular November term of Macon superior court, and received by me November 17th, 1906," is insufficient to show that the bill of exceptions reached the judge's home on November 16, 1906, so as to bring the case under the provisions of the Civil Code, § 5542 (which provides for certification after the specified time when

the judge is absent from home), where there is nothing in the record to show that Americus was the home of the judge.

*Writ of error dismissed. All the Justices concur, except Fish, C. J., absent.*

Argued December 17, 1906.—Decided January 15, 1907.

Motion to dismiss the writ of error.

*B. F. Harrell* and *G. Y. Harrell,* for plaintiff in error.

*F. A. Hooper, solicitor-general,* contra.